Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., a Washington corporation,<br><br>    Plaintiff(s),<br><br>v.<br><br>MCCULLAR ENTERPRISES, INC., a Tennessee corporation,<br><br>    Defendant(s). | NO. 18-cv-00727-RSM<br><br>ORDER GRANTING NORDSTROM'S MOTION TO EXTEND DEADLINES FOR DISCOVERY CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT |

THIS MATTER having come before the Court on Plaintiff Nordstrom, Inc.'s Motion to Extend Deadlines for Discovery Conference, Initial Disclosures and Joint Status Report, and the Court having reviewed all documents and pleadings submitted by the Parties, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED. The Court will issue a revised Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement reflecting the 60 day extension from the dates identified in Dkt 5.

DATED this 29 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING NORDSTROM'S MOTION TO EXTEND DEADLINES FOR DISCOVERY CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT - 1
10661-0001.A  5498134.docx
Case No. 18-cv-00727-RSM

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Presented by:

PREG O'DONNELL & GILLETT PLLC


By  /s/ Mark F. O'Donnell
    Mark F. O'Donnell, WSBA # 13606
    Daniel W. Rankin, WSBA # 49673
Attorneys for Plaintiff Nordstrom, Inc.

ORDER GRANTING NORDSTROM'S MOTION TO EXTEND DEADLINES FOR DISCOVERY CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT - 2
10661-0001.A  5498134.docx
Case No. 18-cv-00727-RSM

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113