IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORDSTROM, INC., a Washington corporation,

Plaintiff,

v.

MCCULLAR ENTERPRISES, INC., a Tennessee corporation,

Defendant.

NO. C18-727 RSM

ORDER GRANTING NORDSTROM'S MOTION FOR DEFAULT JUDGMENT

THIS MATTER having come before the above-entitled Court on Plaintiff Nordstrom, Inc.'s Motion for Default Judgment, and the Court having reviewed the records and files herein, including:

1. Plaintiff's Motion for Default Judgment;
2. Declaration of Mark F. O'Donnell and Exhibits thereto;
3. Declaration of Bruce Anderson and Exhibits thereto.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

1. Defendant McCullar Enterprises, Inc. has not entered a formal appearance in this matter.

2. Plaintiff Nordstrom Inc. moved for entry of default against Defendant McCullar Enteprises, Inc. and the order of default entered on August 21, 2018.

3. Plaintiff Nordstrom Inc. has provided sufficient evidence to establish its entitlement to a sum certain under the contract.

Based upon the foregoing, the Court enters the following Conclusions of Law:

Plaintiff moved for an order of default and default was granted on August 21, 2018. Plaintiff is entitled to default judgment against Defendant McCullar Enterprises, Inc., in favor of Plaintiff Nordstrom, Inc.

The Court being fully advised in the premises, now therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED and Plaintiff Nordstrom, Inc. is awarded judgment against McCullar Enterprises, Inc. in the principal amount of $339,239.15, with prejudgment interest in the amount of $29,478.79, and attorney's fees and costs in the amount of $ 6,428.50, for a total of **$375,146.44**. All judgment amounts shall bear interest at 12% per annum.

DATED this 7th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1
2
3  Presented by:
4  PREG O'DONNELL & GILLETT PLLC
5
6  By  /s/ Mark F. O'Donnell
       Mark F. O'Donnell, WSBA # 13606
       Daniel W. Rankin, WSBA # 49673
7  Attorneys for Plaintiff Nordstrom, Inc.
   901 Fifth Avenue, Suite 3400
8  Seattle, Washington 98164
   (206) 287-1775
9  Firm Email:
   modonnell@pregodonnell.com
10 drankin@pregodonnell.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING NORDSTROM'S MOTION FOR
ENTRY OF DEFAULT- 3
Case No. 18-cv-00727-RSM